# Court of Appeals
## of the State of Georgia

ATLANTA,  June 24, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1813. JOAQUIN SALDANA-TREJO v. THE STATE.**

Joaquin Saldana-Trejo pled guilty to incest and was sentenced in February 2017. In July 2020, he filed a motion for an out-of-time appeal, which the trial court denied on the merits in December 2020. Saldana-Trejo appealed to this Court, and, on January 2, 2026, we vacated the December 2020 decision and remanded the case to the trial court for entry of an order dismissing the July 2020 motion pursuant to *Cook v. State*, 313 Ga. 471, 506(5) (870 SE2d 758) (2022), superseded by statute as recognized in *Burkett v. State*, Case No. S26A0395, 2026 Ga. LEXIS 141, at *1–2 (May 19, 2026). *Saldana-Trejo v. State*, Case No. A26A0877 (Jan. 2, 2026). In our January 2026 order, we instructed Saldana-Trejo that, upon entry of a dismissal order in the trial court, he would "have the right to file a motion for out-of-time appeal until June 30, 2026," pursuant to OCGA § 5-6-39.1, "and any such motion shall not be subject to the 100-day time limitation in OCGA § 5-6-39.1(a)." See id. See also OCGA § 5-6-39.1(a)–(b).

On January 15, 2026, Saldana-Trejo filed another motion for an out-of-time appeal in the trial court. Seven days later, on January 22, our remittitur issued in Case No. A26A0877. On March 2, 2026, the trial court dismissed Saldana-Trejo's July 2020 motion in accordance with our remand order in Case No. A26A0877. Saldana-Trejo then filed this timely appeal from the March 2 order. We lack jurisdiction.

Our ruling in Saldana-Trejo's prior appeal that his July 2020 motion must be dismissed is the law of the case and bars his current appeal from the trial court's order implementing that ruling on remand See *Ross v. State*, 310 Ga. App. 326, 327 (713

SE2d 438) (2011) ("[A]ny issue that was raised and resolved in an earlier appeal is the law of the case and is binding on this Court . . . ." (quotation marks omitted)). See also *Jackson v. State*, 273 Ga. 320, 320 (540 SE2d 612) (2001) (a defendant "is not entitled to another bite at the apple by way of a second appeal"). Consequently, this appeal is hereby DISMISSED for lack of jurisdiction.

We emphasize, however, that Saldana-Trejo's January 15, 2026 motion for an out-of-time appeal, which he filed in accordance with our order remanding his prior appeal, remains pending before the trial court, which should address the motion on the merits in accordance with OCGA § 5-6-39.1.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  06/24/2026

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*